# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE , <br><br>       Plaintiff(s) <br><br> v. <br><br> FRIT SAN JOSE TOWN & COUNTRY VILLAGE LLC , <br><br>       Defendant(s) | Case No. C 5:19-cv-06101-NC <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __7__ days.

Date: January 9, 2020

Signed: P. Kristofer Strojnik
_____
             Attorney for Plaintiff(s)

Signed: Nima Nayebi
_____
             Attorney for Defendant(s)

Signed:_____
             Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*